1520

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 31, 2007*

[Cite as *08/31/2007 Case Announcements,* 2007-Ohio-4447.]

## RECONSIDERATION OF PRIOR DECISIONS

2007–0209.   State ex rel. Ohio Gen. Assembly v. Brunner, 2007-Ohio-4460.

In Mandamus. Reported at 114 Ohio St.3d 386, 2007-Ohio-3780, 872 N.E.2d 912. On motion for reconsideration. Reconsideration granted to the following extent: The opinion issued on August 1, 2007 is modified to clarify the referendum period for 2006 Am.Sub.S.B. No. 117. See opinion dated this day, 115 Ohio St.3d 103, 2007-Ohio-4460, 873 N.E.2d 1232.

MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., concur.

LANZINGER, J., concurs in judgment only.

PFEIFER, J., concurs in part and dissents in part.

O'DONNELL and CUPP, JJ., dissent.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 6, 2007*

[Cite as *09/06/2007 Case Announcements,* 2007-Ohio-4569.]

## MOTION AND PROCEDURAL RULINGS

2007–1527.   State v. White.

Ashland App. No. 2006–COA–014, 2007-Ohio-3424. This cause is pending before the court as a death penalty postconviction appeal. Upon consideration of appellant's motion for appointment of counsel,

It is ordered by the court that the motion is denied.

2007–1644.   In re Adoption of S.A.H.

Ross App. No. 07CA2947, 2007-Ohio-3710. This cause is pending before the court as a discretionary appeal. Upon review of the appeal it appears that the case involves the adoption of a minor child. Accordingly,

It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio governing the termination of parental rights or adoption of a minor child. Appellee's memorandum in response shall be filed no later than 20 days from the date of this entry.

## MISCELLANEOUS DISMISSALS

2007–0712.   State ex rel. Marlow v. Indus. Comm.

Franklin App. No. 05AP–970, 2007-Ohio-1464. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.